IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| CARL E. WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 06-3019-CV-S-NKL-SSA |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Carl E. Williams' ("Williams") Motion for Attorney's Fees Under the Equal Access to Justice Act [Doc. # 16]. For the reasons set forth below, the Court grants Williams' Motion.

In an Order dated August 8, 2006, the Court reversed the decision of the ALJ and remanded so the ALJ could update the record by obtaining a new mental status consultative examination and medical source statement.

Williams subsequently filed his pending Motion wherein he requested attorney's fees. Pursuant to 28 U.S.C. § 2412, the Court may award reasonable attorney's fees to the prevailing party in any civil action brought against any official of the United States acting in his or her official capacity. The parties agree that Williams' attorney is entitled to $4,900.00 in fees. After consideration, the Court finds that the fees agreed to by the parties are reasonable.

Accordingly, it is hereby

ORDERED that Williams' Motion for Attorney's Fees [Doc. # 16] is GRANTED. Williams' attorney is awarded $4,900.00 in attorneys' fees, which shall be made payable to Dennis C. O'Dell, attorney for Williams.

  s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: November 13, 2006
Jefferson City, Missouri